IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELMORE YOUNG,

       Plaintiff,

vs.                                     CASE NO.: 1:08cv28-SPM/AK

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY, a foreign
corporation,

       Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This case has been dismissed with prejudice, and with each party to bear its own costs and fees, pursuant to the Joint Stipulation for Order of Dismissal With Prejudice (doc. 15) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 6th day of August, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge